UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABDIRASHID HARET, | ) | Case No. 5:25-cv-00815-PA-JC |
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| ISRAEL JACQUEZ, | ) | |
| Respondent. | ) | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the September 10, 2025 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) Respondent's Motion to Dismiss Petitioner's Petition for a Writ of Habeas Corpus is granted; (2) Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and this action are

///

///

///

dismissed; (3) Judgment shall be entered accordingly; and (4) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

DATED: October 18, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE