JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABDIRASHID HARET, | ) | Case No. 5:25-cv-00815-PA-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ISRAEL JACQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and this action are dismissed.

IT IS SO ADJUDGED.

DATED: October 18, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE